IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANGEL TRENKLE,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | CV 22–60–M–DWM<br><br><br><br>ORDER |

Defendants C.R. Bard and Bard Peripheral Vascular Inc. move for the admission of Matthew B. Lerner and Sanjay Ghosh to practice before this Court in this case with Ian McIntosh to act as local counsel. Both applications appear to be in order.

Accordingly, IT IS ORDERED that Defendants' motions to admit Matthew B. Lerner and Sanjay Ghosh *pro hac vice* (Docs. 20, 21) are GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

1

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this ___ day of April, 2022.

Donald W. Molloy, District Judge
United States District Court